**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00183-REB-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13. ADRIANA MENDOZA-CASTELLANOS,

    Defendant.

---

### MINUTE ORDER[1]

---

The matter comes before the court on the **Unopposed Motion to Waive Appearance** [#126], filed May 17, 2007.  The motion is **GRANTED**, and defendant Adriana Mendoza-Castellanos' appearance is waived for the status conference on May 18, 2007.

Dated: May 17, 2007

-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.