**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00183-REB-13

UNITED STATES OF AMERICA,
    Plaintiff,

v.

13.  ADRIANA MENDOZA-CASTELLANOS,

    Defendant.

**MINUTE ORDER**[1]

The matter comes before the court on the defendant's **Unopposed Motion To Waive Appearance** [#378], filed September 27, 2007.  The motion is **GRANTED**, and defendant Mendoza-Castellanos' appearance is **WAIVED** for the Status/Scheduling conference set for September 28, 2007, at 3:30 p.m.

Dated:  September 27, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.