# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00183-REB-13

UNITED STATES OF AMERICA,

   Plaintiff,

v.

13.  ADRIANA MENDOZA-CASTELLANOS,

   Defendant.

## ORDER

   Pursuant to and in accordance with the revocation of supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on January 15, 2014,

   **IT IS ORDERED** that Defendant Adriana Mendoza-Castellanos is sentenced to **time served**.

   Dated:  January 15, 2014

                              BY THE COURT:


                              s/ Robert E. Blackburn
                              ROBERT E. BLACKBURN,
                              UNITED STATES DISTRICT JUDGE